**2008–1196.   Deitrick v. Mentor.**
Lake App. No. 2007–L–084, 2008-Ohio-2138. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.